IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01158-DDD-SKC

GUNNAR NITZKORSKI,
STEPHEN PERNICE, and
JOSEPH GROS,

    Plaintiffs,

v.

COLUMBINE EMERGENCY MEDICAL SERVICES INC., and
VINCENT CISSELL

    Defendants.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a) the following Final Judgment is hereby entered.

Pursuant to the Order Granting Partial Summary Judgment to defendants by Judge Daniel D. Domenico (**Doc. #94**) filed on March 16, 2020 it is

ORDERED that the Plaintiffs' FLSA claims are **DISMISSED WITH PREJUDICE**. The CWCA claims are **DISMISSED WITHOUT PREJUDICE** to Plaintiffs' right to re-file them in a court of appropriate jurisdiction all in accordance with Doc #94.

ORDERED that costs are awarded to the defendants and against the plaintiffs upon the filing of a bill of costs within 14 days of entry of judgment, in accordance with the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1

The case will be closed.

DATED this 16th day of March, 2020.

                      ENTERED FOR THE COURT:
                      JEFFREY P. COLWELL, CLERK

                      s/Patricia Glover
                          Deputy Clerk